IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WAYNE J.,

    Plaintiff,

v.

COMMISSIONER OF THE
SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

Case No. 3:20-cv-353

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #14);
AFFIRMING NON-DISABILITY FINDING OF ADMINISTRATIVE LAW
JUDGE; JUDGMENT TO ENTER IN FAVOR OF DEFENDANT AND
AGAINST PLAINTIFF; TERMINATION ENTRY

---

On March 8, 2020, United States Magistrate Judge Caroline H. Gentry issued a Report and Recommendations, Doc. #14, in which she recommended that the Court affirm the Administrative Law Judge's ("ALJ's") non-disability finding. Although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections were filed within the time allotted.

Based on the reasoning and citations of authority set forth by Magistrate Judge Gentry, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS the Report and Recommendations, Doc.

#14, and finds that substantial evidence supports the ALJ's decision. The Court therefore AFFIRMS the Commissioner's non-disability finding.

Judgment shall be entered in favor of Defendant and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: March 23, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE